# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFFREY J. DUBSKY,** | CASE NO. 4:08CV3057 |
| Plaintiff, | |
| v. | ORDER |
| **MICHAEL J. ASTRUE, Commissioner** of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to file his initial brief (Filing No. 10).  The Plaintiff requests a continuance from August 16, 2008, until September 15, 2008.  Counsel for the Defendant has informed the Court that Defendant does not oppose Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 10) is granted;

2. The Plaintiff shall file his brief in support of his appeal on or before September 15, 2008; and

3. The Defendant shall file his responsive brief on or before October 15, 2008.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge