IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY J. DUBSKY,  )  | CASE NO. 4:08CV3057 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, Commissioner  ) | |
| of the Social Security Administration,  ) | |
| ) | |
| Defendant.  ) | |

This matter is before the Court on the Plaintiff's Second Motion for Extension of Time to file his initial brief (Filing No. 12). The Plaintiff requests an additional 30 days, from September 15, 2008, until October 15, 2008, to file his initial brief. Counsel for the Plaintiff states that Defendant does not oppose Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Second Motion for an Extension of Time (Filing No. 12) is granted;

2. The Plaintiff shall file his brief in support of his appeal on or before October 15, 2008; and

3. The Defendant shall file his responsive brief on or before November 14, 2008.

DATED this 8th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge