# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY J. DUBSKY,** | ) | **CASE NO. 4:08CV3057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 16). The Defendant requests an additional 30 days, from November 14, 2008, until December 15, 2008, to file his brief. The Court notes that the Plaintiff was granted two 30-day extensions in this matter before filing his initial brief on October 14, 2008. The Court finds that the Defendant's motion for additional time should also be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 16) is granted; and

2. The Defendant shall file his responsive brief on or before December 15, 2008.

DATED this 14th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge