IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY J. DUBSKY,** | ) | **CASE NO. 4:08CV3057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Substitute Party (Filing No. 25). Pursuant to Fed. R. Civ. Pro. 25(b), the Plaintiff asks this Court to substitute his guardian, Jay Dubsky, as the Plaintiff in this action.[1] The record reflects that the Defendant does not oppose this Motion. Accordingly, the Court grants the Plaintiff's Motion.

IT IS SO ORDERED:

1.   Plaintiff's Motion to Substitute Party (Filing No. 25) is granted;

2.   The Clerk of the Court is directed to amend the caption in this case by substituting "Jay Dubsky, Guardian for Jeffrey J. Dubsky" as the Plaintiff.

DATED this 4th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] Guardianship was established in Douglas County Court Probate Division, *in the Matter of the Guardianship and Estate of Jeffrey James Dubsky, an Incapacitated and Protected Person*, Case No. PRO8-1307. (Exh. A, Filing No. 25 at 3).