# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY J. DUBSKY,** | ) | **CASE NO. 4:08CV3057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Application for Award of Attorney's Fees (Filing No. 31). The Defendant requests a two-week extension, from March 16, 2009, until March 30, 2009. Counsel for the Defendant has informed the Court that Plaintiff's counsel has been contacted and does not oppose Defendant's motion. The Court finds that the motion should be granted.

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time (Filing No. 31) is granted; and

2. The Defendant shall file his response to Plaintiff's Application for Award of Attorney's Fees (Filing No. 27) on or before March 30, 2009.

DATED this 16th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge