# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY J. DUBSKY,** | ) | **CASE NO. 4:08CV3057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Application for Award of Attorney's Fees (Filing No. 33). The Defendant requests a second two-week extension, from March 30, 2009, until April 13, 2009. Counsel for the Defendant represents to the Court that Plaintiff's counsel has been contacted and does not oppose Defendant's motion. The Court finds that the motion should be granted.

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time (Filing No. 33) is granted; and

2. The Defendant shall file his response to Plaintiff's Application for Award of Attorney's Fees (Filing No. 27) on or before April 13, 2009.

DATED this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge