IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY J. DUBSKY, | ) | CASE NO. 4:08CV3057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to Respond to Defendant's Objection to Plaintiff's Application for Attorney's Fees (Filing No. 36). The Plaintiff requests a continuance until May 15, 2009. Plaintiff's counsel was unable to reach the Defendant's counsel; therefore it is unclear whether the motion is unopposed. The Court, however, concludes that the granting of the motion will not unduly prejudice the Defendant.

ACCORDINGLY,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 36) is granted; and

2. The Plaintiff shall file his response on or before May 15, 2009.

DATED this 24th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge