IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY J. DUBSKY,** | ) | **CASE NO. 4:08CV3057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Second Motion for Extension of Time (Filing No. 38) to Respond to Defendant's Objection to Motion for Attorney Fees (Filing No. 35). The Plaintiff requests an extension from May 15, 2009, until June 2, 2009. The Court finds that the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 38) is granted; and

2. The Plaintiff shall file his response to Defendant's Objection to Motion for Attorney Fees (Filing No. 35) on or before June 2, 2009.

DATED this 14th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge